

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                  Criminal No. 07-cr-231-01-SM

Misty Lawrence

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Hours after being admitted to a required drug treatment facility she left treatment. She admits her bail violation. Given the immediacy of her failed opportunity to comply with conditions I find that the defendant is unlikely at this point to abide by any condition or combination of conditions. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

February 25, 2008

cc: Debra M. Walsh, AUSA
    Mark E. Howard, Esq.
    U.S. Marshal
    U.S. Probation